UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN R. BOWERS,<br><br>              Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>              Defendant. | No. CV-10-0465-CI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATIONS AND DISMISSING CASE** |

    This matter comes before the Court on Magistrate Judge Imbrogno's Report and Recommendations, filed on December 13, 2012. ECF No. 13. Magistrate Judge Imbrogno recommends this matter be dismissed with prejudice for failure to prosecute. *Id.*

    On October 10, 2012, Plaintiff John Bowers was ordered to show cause why the matter should not be dismissed; to avoid dismissal, he was directed to file a Notice of Intent to Proceed on or before December 7, 2012. ECF No. 12. He failed to respond. Magistrate Judge Imbrogno subsequently filed the Report and Recommendations, advising the Court that dismissal was warranted. ECF No. 13. Objections to the Report and Recommendations were due on or before December 27, 2012. No objection was filed. Therefore, the Court adopts the Report and Recommendations in its entirety and dismisses this action with prejudice.

ORDER ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** Magistrate Judge Imbrogno's Report and Recommendations, **ECF No. 13**.
2. The Complaint, **ECF No. 1**, is **DISMISSED WITH PREJUDICE** due to Plaintiff's failure to prosecute.
3. All hearings and other deadlines are **STRICKEN.**
4. The Clerk's Office is directed to **ENTER JUDGMENT** for the Defendant and to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and forward copies to Plaintiff at his last known address and to counsel for Defendant.

**DATED** this 3rd day of January 2013.

                         s/Edward F. Shea
                         EDWARD F. SHEA
               Senior United States District Judge

Q:\EFS\Civil\2010\10cv465ci.adopt.rr.close.wpd

ORDER ~ 2